**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6919

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DIARRA JERMAINE BODDY,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston.  John T. Copenhaver, Jr., Senior District Judge.  (2:14-cr-00038-1)

Submitted:  May 9, 2023                                Decided:  July 12, 2023

Before DIAZ, Chief Judge, WYNN, Circuit Judge, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Diarra Jermaine Boddy, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Diarra Jermaine Boddy appeals the district court's order denying his motions for compassionate release and to recommend home confinement. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *United States v. Boddy*, No. 2:14-cr-00038-1 (S.D.W. Va. July 29, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*